**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

| | |
|---|---|
| Beau James Brock | Lori E. Palmintier |
| Brock & Palmintier | Brock & Palmintier |
| 1538 Delplaza Dr.,Ste.C | 1538 Delplaza Dr.,Ste.C |
| Baton Rouge LA 70815 | Baton Rouge La 70815 |

> Judgment on rehearing rendered and mailed to all parties or counsel of record on May 4, 2023

**REHEARING ACTION: May 4, 2023**

**Docket Number: 23   00275-KW**

**STATE OF LOUISIANA**
**VERSUS**
**SIDNEY MYERS**

**Writ Application from Evangeline Parish Case No. 119690-F**

**BEFORE JUDGES:**

> **Hon. D. Kent Savoie**
> **Hon. Charles G. Fitzgerald**
> **Hon. Gary J. Ortego**

As counsel of record in the captioned case, you are hereby notified that the ruling on the application for rehearing filed by **Sidney Myers** is:

> **REHEARING GRANTED.**  Judge Ortego has recused himself in this matter.  Accordingly, this Court's ruling denying the defendant's writ application regarding the denial of the motion for mistrial is vacated.

cc: Hon. Trent Brignac, Counsel for  the Respondent
    Jacob B. Fusilier, Counsel for  the Respondent
    J. Stanford Vidrine, Counsel for  the Respondent